SCOTT N. SCHOOLS (SCBN 9990)  
United States Attorney

MARK L. KROTOSKI (CASBN 138549)  
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)  
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900  
   San Jose, California 95113  
   Telephone: (408) 535-5595  
   Facsimile: (408) 535-5066  
   joseph.fazioli@usdoj.gov

Attorneys for Plaintiff

efiled 6/12/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>)<br>CURTIS LEIGH PARRY, )<br>)<br>   Defendant. )<br>) | No. CR 07-00215 JF<br><br>STIPULATION AND [PROPOSED]-<br>ORDER CONTINUING STATUS<br>HEARING AND EXCLUDING TIME<br>FROM THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C.<br>§ 3161(h)(8)(A)) |

       This matter is scheduled before the Court for a status hearing/initial appearance on May 23, 2007. The parties made an initial appearance before Magistrate Judge Seeborg on April 26, 2007. At that April 26, 2007 hearing, the matter was put over until May 23, 2007 for status before this Court and time was excluded under the Speedy Trial Act. Due the parties' on-going discussions regarding discovery in this case, the parties respectfully request that defendant's status hearing/initial appearance be continued until June 13, 2007. The parties agree, and the Court finds and holds, as follows:

       1.     Defendant's status hearing is continued to June 13, 2007.

       2.     The time between April 26, 2007 and June 13, 2007 is excluded under the Speedy

STIPULATION AND [PROPOSED] ORDER  
CR 07-00215 JF

1  Trial Act.  The parties agree that the failure to grant the requested continuance would
2  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
3  into account the exercise of due diligence.  Finally, the parties agree that the ends of justice
4  served by granting the requested continuance outweigh the best interest of the public and the
5  defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §
6  3161(h)(8)(A).
7  IT IS SO STIPULATED:
8  DATED:   May 22, 2007              /s/
                                       NICHOLAS HUMY
9                                      Attorney for Defendant Parry

11 DATED:   May 22, 2007              /s/
                                       JOSEPH A. FAZIOLI
12                                     Assistant United States Attorney

13 IT IS SO ORDERED.
14 DATED:   6/12/07
                                       JEREMY FOGEL
15                                     UNITED STATES DISTRICT JUDGE