BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CURTIS LEIGH PARRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>CURTIS LEIGH PARRY,<br><br>           Defendant. | No. CR 07-00215 JF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

   Defendant Curtis Parry, by and through his attorney Nicholas P. Humy and the United States, by and through Assistant United States Attorney Joseph Fazioli, hereby stipulate and agree to request that the Court continue the hearing currently set for Wednesday, October 22, 2008 in the above captioned matter to Wednesday, October 29, 2008 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Parry.

   The parties further agree and stipulate that time should be excluded from and including October 22, 2008 through and including October 29, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

///

exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 10/20/08

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 10/20/08

_____/s/_____
JOSEPH A. FAZIOLI
Assistant United States Attorney

## **ORDER**

The parties have requested a continuance of the status hearing set for October 22, 2008 due to the unavailability of defense counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 22, 2008 be continued to October 29, 2008 at 9:00a.m. as well as the period of delay from October 22, 2008, to and including October 29, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  10/21/08

_____
JEREMY FOGEL
United States District Judge