1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081
       E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 07-00215 JF
                                    )
15     Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING STATUS
16     v.                           )   HEARING AND EXCLUDING TIME
                                    )   FROM THE SPEEDY TRIAL ACT
17                                  )   CALCULATION (18 U.S.C.
   CURTIS LEIGH PARRY,              )   § 3161(h)(8)(A))
18                                  )
       Defendant.                   )
19 _____)

20     This matter is scheduled before the Court for a status hearing on March 4, 2009. Due to

21 defense counsel's unavailability on that date, the parties respectfully request that defendant's

22 status hearing be continued until March 25, 2009. The parties agree, and the Court finds and

23 holds, as follows:

24     1.   Defendant's status hearing is continued to March 25, 2009.

25     2.   The time between March 4, 2009 and March 25, 2009 is excluded under the

26 Speedy Trial Act. The parties agree that the failure to grant the requested continuance would

27 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

28 into account the exercise of due diligence. Finally, the parties agree that the ends of justice

STIPULATION AND [PROPOSED] ORDER
CR 07-00215 JF

1  served by granting the requested continuance outweigh the best interest of the public and the
2  defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §
3  3161(h)(8)(A).
4  IT IS SO STIPULATED:
5  DATED:     3/3/09                              /s/
                                          NICHOLAS HUMY
6                                          Attorney for Defendant Parry
7
8  DATED:     3/3/09                              /s/
                                          JOSEPH A. FAZIOLI
9                                          Assistant United States Attorney
10  IT IS SO ORDERED.
11  DATED:  3/4/09
                                          JEREMY FOGEL
12                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 07-00215 JF