BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CURTIS LEIGH PARRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR 07-00215 JF |
|                                      ) | |
|              Plaintiff,              ) | **STIPULATION TO CONTINUE** |
| v.                                   ) | **STATUS CONFERENCE AND** |
|                                      ) | **[PROPOSED] ORDER** |
| CURTIS LEIGH PARRY,                  ) | |
|                                      ) | |
|              Defendant.              ) | |
| _____ ) | |

    Defendant Curtis Parry, by and through his attorney Nicholas P. Humy and the United States, by and through Assistant United States Attorney Joseph Fazioli, hereby stipulate and agree to request that the Court continue the hearing currently set for Wednesday, March 25, 2009, in the above captioned matter to Wednesday, April 1, 2009 at 9:00 a.m.  The continuance is requested due to the unavailability of counsel for Mr. Parry.

    The parties further agree and stipulate that time should be excluded from and including March 25, 2009 through and including April 1, 2009, to provide counsel reasonable time to prepare and for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

///

///

STIPULATION TO CONTINUE STATUS
CONFERENCE AND [PROPOSED] ORDER
CR 07-00215 JF                                         1

1  the requested exclusion of time will serve the interest of justice and outweigh the interest of the
2  public and defendant in a speedy trial.

3

4  Dated: 3/24/09                                                    /s/
                                                          _____
                                                          NICHOLAS P. HUMY
5                                                         Assistant Federal Public Defender

6
   Dated: 3/24/09                                                    /s/
                                                          _____
7                                                         JOSEPH A. FAZIOLI
                                                          Assistant United States Attorney
8

9                                            **ORDER**

10         The parties have requested a continuance of the status hearing set for March 25, 2009 due
11  to the unavailability of defense counsel.
12         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13  presently set for Wednesday, March 25, 2009 at 9:00 a.m., be continued to April 1, 2009 at
14  9:00 a.m.
15         IT IS FURTHER ORDERED, that time should be excluded from and including March
16  25, 2009 through and including April 1, 2009, to provide counsel reasonable time to prepare and
17  for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and
18  (B)(iv).
19         IT IS SO ORDERED.
20  Dated: 3/25/09
                                                          _____
                                                          JEREMY FOGEL
21                                                        United States District Judge