BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PARRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CURTIS LEIGH PARRY,<br><br>　　　　　Defendant.<br>_____ | No. CR-~~00215-JF~~ 07-00215-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**<u>STIPULATION</u>**

Defendant Curtis Leigh Parry, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Joseph Fazioli, hereby stipulate that, with the Court's approval, the status conference currently set for Wednesday, January 27, 2010 at 9:00 a.m., shall be continued to Wednesday, February 3, 2010 at 9:00 a.m..

The reason for the requested stipulation is that the parties believe they have come to an agreement and need more time to finalize and approve the terms.  We agree that an exclusion of time is warranted for effective defense preparation.

The parties agree that the time between January 27, 2010 and February 3, 2010, is

excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4), to allow for effective defense preparedness and for continuity of defense counsel.

IT IS SO STIPULATED.

Dated: January 22, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: January 22, 2010

_____/s/_____
JOSEPH FAZIOLI
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing date shall be continued from January 27, 2010, at 9:00 a.m to February 3, 2010 at 9:00 a.m..

THE COURT FINDS that exclusion of the time between January 27, 2010 and February 3, 2010, is appropriate for effective defense preparation and for continuity of defense counsel.

THEREFORE, IT IS HEREBY ORDERED that the time between January 27, 2010 and February 3, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4).

IT IS SO ORDERED.

Dated: 2/2/10 nunc pro tunc to 1/27/10

_____
The Honorable Jeremy Fogel
United States District Court

Stipulation and Proposed Order
No. CR-00215-JF                    2